# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: REMERON END-PAYOR ANTITRUST LITIGATION | Civil No. 02-2007 (FSH) <br><br> **ORDER** <br><br> Date: February 13, 2007 |

|  |  |
|---|---|
| STATES AND COMMONWEALTHS OF TEXAS, et al., Plaintiffs, <br><br> v. <br><br> ORGANON USA INC. AND AKZO NOBEL N.V., Defendants, | Civil No. 04-5126 (FSH) <br><br> **ORDER** |

**HOCHBERG, District Judge:**

  This matter having come before the Court upon the Plaintiffs' Motion for Distribution of Net Settlement Fund dated November 20, 2006; and

  it appearing that this Court entered its Final Judgment and Order Certifying Settlement Class, Approving Proposed Settlement and Dismissing Actions approving the terms of the Settlement Agreement dated September 28, 2004; and

  it appearing that this Court directed the parties to consummate the terms of the Settlement; and

it appearing that this Court retained jurisdiction over the settlement, including the administration and consummation of the Settlement; and

it appearing that this Court has reviewed the Affidavit of Thomas R. Glenn of Complete Claim Solutions, Inc. ("CCS") Regarding Allocation and Distribution of the Net Settlement Funds, and the exhibits thereto; and

it appearing that there has been no opposition to Plaintiffs' Motion for Distribution;

**IT IS** on this 13th day of February 2007,

**ORDERED** as follows:

1. The administrative determinations of the Court-approved claims administrator, CCS, in consultation with Plaintiffs, are hereby approved; and

2. The balance of the net settlement amount (the settlement fund less notice and claims administration costs, attorney's fees, expenses and incentive awards) shall be distributed to class members according to the Plan of Distribution and the Final Judgment and Order and as described in the Affidavit of Thomas R. Glenn within forty five (45) days from the entry of this Order.

**SO ORDERED**.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.